74 F.3d 1226
 67 Empl. Prac. Dec. P 43,849
 Dilawar M. Edwards, Ph.D., John H. Walsh, Harold G.
Pellegreen, P. David Tracy, Connie Mack Rea
v.
California University of Pennsylvania, John Pierce Watkins,
Ph.D., President, Nancy Z. Nelson, Ed.D., Vice President for
Academic Affairs, William Benedetti, Ed.D., Dean, David
Campbell, Chairperson, Educational Studies Dept.
 NO. 95-3123
 United States Court of Appeals,
Third Circuit.
 Dec 27, 1995
 Appeal From: W.D.Pa., No. 91-01668
 
 1
 AFFIRMED.